# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY R. SCHOLLMEYER,

    Plaintiff,

v.

OFFICER LIND and JOHN DOE #1,

    Defendants.

Case No. 3:17-cv-00407-JPG-RJD

## **MEMORANDUM & ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 30) of Magistrate Judge Reona J. Daly with regard to the defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 37 (Doc. 27). The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 30);
- **GRANTS** the defendant's motion to dismiss (Doc. 27);
- **DISMISSES this case** with prejudice;
- **FINDS AS MOOT** the pending motion for summary judgment (Doc. 29); and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: APRIL 25, 2018**

                                                s/ *J. Phil Gilbert*
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**