# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY R. SCHOLLMEYER,

    Plaintiff,

v.

OFFICER LIND and JOHN DOE #1,

    Defendants.

Case No. 3:17-cv-00407-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: April 25, 2018

                                        **JUSTINE FLANAGAN,**
                                        **Acting Clerk of Court**

                                        **BY:**    s/Tina Gray
                                                      **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**